B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
_____ Eastern District of Michigan, Detroit Division _____

In re  JANET R TYLER _____  Case No. 09-40190 _____
    Debtor

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

Name of creditor: CitiMortgage, Inc.                      Court claim no. (if known): 11

Last four digits of any number you use to identify the debtor's account: 7795
    * See Addendum

**Date of payment change:**
Must be at least 21 days after date of this notice    05/01/13 *
    mm/dd/yyyy

**New total payment:**    $ 749.00
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?
- [ ] No
- [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 147.42      New escrow payment: $ 126.74

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
- [X] No
- [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____  New interest rate: _____
Current principal and interest payment: $ _____  New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?
- [X] No
- [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
  *(Court approval may be required before the payment change can take effect.)*  Reason for change:

Current mortgage payment: $ _____  New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[X] I am the creditor.    [ ] I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/Melissa Lyons                              Date  4/2/13
  Signature

Print: Melissa Lyons                             Title  Bankruptcy Specialist
  First Name    Middle Name    Last Name

Company  CitiMortgage, Inc.

Address  PO Box 6030
  Number           Street

  Sioux Falls, SD 57117-6030
  City                                           State   Zip Code

Contact phone  (866)613-5636                    Email  Citi_Poc@citi.com

---

\* The effective date of the change in payment amount as set forth on this notice is the result of the notice requirements of Bankruptcy Rule 3002.1(b) and may differ from the effective date of the change in payment amount as set forth on the attached Escrow Statement that was sent to the borrower pursuant to the Real Estate Settlement Procedures Act. As a result, the borrower may have paid more or less than the actual payment amount due during the period of time (if any) between the effective date in the Escrow Statement and the effective date in this notice (the "Gap Period"). If the borrower made payments during the Gap Period that were higher than the actual amount due, Citi will refund or credit the borrower's account for the overpayment. Note that the borrower's escrow account may be underfunded if the Escrow Statement indicated that the minimum payment obligation would increase but the borrower continued to make payments in the lower amount that was actually due during the Gap Period. In that case, Citi will place funds in the borrower's account -- at Citi's expense -- amounting to the difference between the lower amount the borrower paid and the higher amount owed. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.



# U.S. Bankruptcy Court
# Eastern District of Michigan (Detroit)

Debtor: **Janet R Tyler**  Case # 09-40190

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: **Janet R Tyler**
180 W Ann Arbor Avenue
Pontiac, MI 48340-180

I hereby certify that on April 2, 2013, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: **David Wm Ruskin**
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Debtor's Counsel: **Jesse R. Sweeney**
30555 Southfield
Suite 400
Southfield, MI 48076

/s/ Melissa Lyons
Bankruptcy Specialist

**CitiMortgage**

P.O. Box 6243
Sioux Falls, SD 57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

3-671-73831-0000124-001-1-000-000-000-000 CK
JANET TYLER
180 W ANN ARBOR AVE
PONTIAC MI 48340-1802

## Escrow Account Disclosure Statement

REPRESENTATION OF PRINTED DOCUMENT

**Annual Escrow Analysis**

Account Number:
Analysis Date: March 19, 2013
CASE#: 09-40190

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | |
|---|---|---|
| New Monthly Payment Amount: | $749.00 | |
| New Payment Effective: | May 01, 2013 | |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 622.26 | 622.26 |
| MONTHLY ESCROW PAYMENT | 147.42 | 126.74 |
| TOTAL PAYMENT | 769.68 | 749.00 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | | REQUIRED BALANCE | |
|---|---|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through April, 2013) | | | | $932.38 | | $760.38 | |
| MAY 13 | 126.74 | .00 | | 1,059.12 | | 887.12 | |
| JUN 13 | 126.74 | .00 | | 1,185.86 | | 1,013.86 | |
| JUL 13 | 126.74 | 392.27 | CITY/TOWN TAX | 920.33 | | 748.33 | |
| AUG 13 | 126.74 | .00 | | 1,047.07 | | 875.07 | |
| SEP 13 | 126.74 | .00 | | 1,173.81 | | 1,001.81 | |
| OCT 13 | 126.74 | .00 | | 1,300.55 | | 1,128.55 | |
| NOV 13 | 126.74 | .00 | | 1,427.29 | | 1,255.29 | |
| DEC 13 | 126.74 | 972.00 | HAZARD INSURANCE | 582.03 | | 410.03 | |
| DEC 13 | .00 | 156.55 | CITY/TOWN TAX | 425.48 | (a) | 253.48 | (b) |
| JAN 14 | 126.74 | .00 | | 552.22 | | 380.22 | |
| FEB 14 | 126.74 | .00 | | 678.96 | | 506.96 | |
| MAR 14 | 126.74 | .00 | | 805.70 | | 633.70 | |
| APR 14 | 126.74 | .00 | | 932.44 | | 760.44 | |
| TOTALS: | $1,520.88 | $1,520.82 | | | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | 425.48 | (a) |
| REQUIRED LOW-POINT (Cushion): | 253.48 | (b) |
| TOTAL ESCROW SURPLUS: | 172.00 | |

Under Federal Law, your surplus will be returned to you via a check.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

Please contact your bankruptcy attorney before cashing this check. These funds may be considered property of the bankruptcy estate and may need to be forwarded to the bankruptcy trustee.

## Check prints on live document

Account Number:  
Analysis Date: March 19, 2013  
Annual Escrow Analysis

# Escrow Account Disclosure Statement

REPRESENTATION OF PRINTED DOCUMENT

## Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---|---|---|
| HAZARD INSURANCE | 972.00 | 1,006.00 | -34.00 |
| COMBINED TAXES | 548.82 | 585.31 | -36.49 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from March 1, 2012 through March 19, 2013. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $769.68 of which $622.26 was for principal and interest and $147.42 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $372.37 | $895.63 |
| MAR 12 | 122.73 | 122.73 | .00 | .00 | | 495.10 | 1,018.36 |
| APR 12 | 122.73 | 122.73 | .00 | .00 | | 617.83 | 1,141.09 |
| MAY 12 | 147.42 | 132.61 * | .00 | .00 | | 765.25 | 750.44 |
| JUN 12 | 147.42 | 132.61 * | .00 | .00 | | 912.67 | 883.05 |
| JUL 12 | 147.42 | 132.61 * | .00 | 424.42 * | CITY/TOWN TAX | 1,060.09 | 591.24 |
| JUL 12 | 66.33 | .00 * | .00 | .00 | TAX REFUND | 1,126.42 | 591.24 |
| JUL 12 | .00 | .00 | 392.27 | .00 * | CITY/TOWN TAX | 734.15 | 591.24 |
| AUG 12 | 147.42 | 132.61 * | .00 | .00 | | 881.57 | 723.85 |
| SEP 12 | 147.42 | 132.61 * | .00 | .00 | | 1,028.99 | 856.46 |
| OCT 12 | 147.42 | 132.61 * | .00 | .00 | | 1,176.41 | 989.07 |
| NOV 12 | 147.42 | 132.61 * | 972.00 | .00 * | HAZARD INSURANCE | 351.83 | 1,121.68 |
| DEC 12 | .00 | 132.61 * | .00 | 1,006.00 * | HAZARD INSURANCE | 351.83 | 248.29 |
| DEC 12 | 147.42 | .00 * | 156.55 | 160.89 * | CITY/TOWN TAX | 342.70 | 87.40 |
| JAN 13 | 147.42 | 132.61 * | .00 | .00 | | 490.12 | 220.01 |
| FEB 13 | 147.42 | 132.61 * | .00 | .00 | | 637.54 | 352.62 |
| MAR 13 | 147.42 | 132.61 * | 172.00 | .00 * | ESCROW REFUND | 612.96 | 485.23 |
| Totals: | $1,933.41 | $1,704.17 | $1,692.82 | $1,591.31 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $265.20 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $265.22.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.